# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| HENRY SALAZAR <br> *Plaintiff* <br> v. <br> THREE J'S HEATING & A/C CORP., et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-cv-05589 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants THREE J'S HEATING & A/C CORP., JORGE GARCIA and JOHANA CARDONA

Date: 10/05/2022

*Attorney's signature*

David S. Feather; DF1832
*Printed name and bar number*

Feather Law Firm, P.C.
666 Old Country Road - Suite 509
Garden City, New York 11530

*Address*

DFeather@FeatherLawFirm.com
*E-mail address*

(516) 745-9000
*Telephone number*

(516) 908-3930
*FAX number*